IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DELORIS BURKETT,

    Plaintiff,

v.                                                     CASE NO. 1:03-cv-00103-MP-AK

ALACHUA COUNTY, et al.,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 84, Motion to Compel and Motion for Sanctions by Deloris Burkett. This Court held a telephone conference regarding all pending matters on Friday, April 29, 2005. Also pending are Defendants' Motion for Summary Judgment, Doc. 74, and Motion to Bifurcate, Doc. 86, as well as, Plaintiff's Motion to Compel Response to Discovery, Doc. 90, which was filed after the telephone conference was held.

    Plaintiff informed the Court that the deposition of Louis Tetstone, the subject of the initial Motion to Compel, Doc. 84, had been taken. Therefore, this motion is moot except for the issue of fees and costs to be awarded. The Court will address the issue of fees and costs at the end of this litigation.

    Plaintiff informed the Court that a second Motion to Compel would be filed following the telephone conference. Such a Motion was filed on Monday, May 2, 2005, Doc. 90. Plaintiff contends that certain medical records in the possession of Prison Health Services/First Correctional Medical, a non-party, have not been given to Plaintiff following a subpoena duces tecum without deposition. The Plaintiff appears to have served two separate subpoenas, neither of which have produced a response. The Court will hold a hearing on this matter. Prison Health Services/First Correctional Medical is ordered to appear through counsel at such hearing.

The parties also indicated that evidence which may be available from Prison Health Services/First Correctional Medical would impact the parties summary judgment arguments. Therefore, the Court will hold in abeyance any further action on the Motion for Summary Judgment until final resolution of the Second Motion to Compel.

The parties also indicated to the Court that the issue of bifurcation could be moot depending on the resolution of the Motion for Summary Judgment. Therefore, the Court will withhold judgment on that matter until final disposition of the summary judgment issue.

**ORDERED AND ADJUDGED:**

1. Plaintiff's initial Motion to Compel and Motion for Sanctions, Doc. 84, is DENIED as to the Motion to Compel portion, as that issue is now moot. The Court will address the issue of awarding fees and costs when all matters in this litigation have been resolved.

2. The Court will hold a hearing on Plaintiff's second Motion to Compel, Doc. 90, on Thursday, June 23, 2005, at 1:00 P.M. Prison Health Services/First Correctional Medical is ordered to appear through counsel at this hearing.

3. The clerk is directed to serve a copy of this order via certified mail to the state registered agent of Prison Health Services/First Correctional Medical at CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324.

4. New deadlines for filing supplemental pleading on the Motion for Summary Judgment, Doc. 74, will be issued following the resolution of Plaintiff's Second Motion to Compel.

5. Defendant's Motion to Bifurcate, Doc. 86, will be addressed following the Court's resolution of Defendant's Motion for Summary Judgment. A response deadline to the Motion to Bifurcate will also be entered following resolution of the Motion for Summary Judgment.

**DONE AND ORDERED** this __12th__ day of May, 2005.

_s/Maurice M. Paul_
Maurice M. Paul, Senior District Judge

*Case No: 1:03-cv-00103-MP-AK*